**Dismissed and Opinion Filed July 18, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00807-CV

### IN RE SUMMER INFANT (USA), INC., Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02235-C**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Carlyle

Before the Court is relator's "Motion to Withdraw Petition for Writ of Mandamus." We

grant the motion and dismiss this proceeding.


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190807F.P05